STATE of Missouri, Respondent,

v.

Lamar FARRELL, Appellant.

No. ED 97059.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 14, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 20, 2012.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Chris Koster, Atty. General and Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J.; PATRICIA L. COHEN, J.; and KURT S. ODENWALD, J.

## *ORDER*

**PER CURIAM.**

Lamar Farrell appeals the judgment entered upon a jury verdict finding him guilty of second-degree assault, Section 565.020 RSMo 2000, and first-degree tampering, Section 569.080 RSMo 2000. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).